**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02199-REB-PAC

VELMA J. UNDERWOOD,

    Plaintiff,

v.

GEO CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 14, 2005, the parties filed a **Joint Stipulation for Dismissal With Prejudice** [#3].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation for Dismissal With Prejudice** [#3], filed on November 14, 2005, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**; the parties shall pay their own attorney fees and costs.

Dated November 14, 2005, at Denver, Colorado.

        BY THE COURT:

        s/ Robert E. Blackburn
        Robert E. Blackburn
        United States District Judge